

```
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
SUSAN R. HERSHMAN
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
DAVID M. HARRIS
Assistant United States Attorney
California Bar Number 145173
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-8817
     Facsimile: (213) 894-2380
     E-mail: David.M.Harris@usdoj.gov
Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| [UNDER SEAL],<br><br>            Plaintiffs,<br><br>      v.<br><br>[UNDER SEAL],<br><br>            Defendants. | No. CV 13-05489 BRO (PLAx)<br><br>[~~PROPOSED~~] ORDER RE ELECTION OF THE UNITED STATES OF AMERICA TO DECLINE INTERVENTION AND UNSEALING OF COMPLAINT<br><br>**LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730 (b)(2) and (b)(3)**<br><br>[Filed Concurrently Under Seal: Notice of Election by the United States of America to Decline Intervention] |



```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  LEON W. WEIDMAN
 3  Assistant United States Attorney
    Chief, Civil Division
 4  DAVID K. BARRETT
    Assistant United States Attorney
 5  Chief, Civil Fraud Section
 6  SUSAN R. HERSHMAN
    Assistant United States Attorney
 7  Deputy Chief, Civil Fraud Section
    DAVID M. HARRIS
 8  Assistant United States Attorney
 9  California Bar Number 145173
         Federal Building, Suite 7516
10       300 North Los Angeles Street
         Los Angeles, California 90012
11       Telephone: (213) 894-8817
12       Facsimile: (213) 894-2380
         E-mail: David.M.Harris@usdoj.gov
13
    Attorneys for the United States of America
14
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARK T. KAWA,<br><br>            Plaintiffs,<br><br>            v.<br><br>MEDNAX, INC., *et al.*,<br><br>            Defendants. | No. CV 13-05489 BRO (PLAx)<br><br>[PROPOSED] ORDER RE ELECTION OF THE UNITED STATES OF AMERICA TO DECLINE INTERVENTION AND UNSEALING OF COMPLAINT<br><br>**LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730 (b)(2) and (b)(3)**<br><br>[Filed Concurrently Under Seal: Notice of Election by the United States of America to Decline Intervention] |

ORDER

Whereas the United States of America ("the Government") has declined to intervene in the above-captioned action ("this action") at this time pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court hereby rules as follows:

IT IS HEREBY ORDERED that:

1. The seal shall be lifted from the Complaint, the Notice of Election by the United States of America to Decline Intervention ("the Notice of Election"), this Order, and all subsequent filings.

2. The relator shall serve the Complaint, the Notice of Election and this Order upon the defendant.

3. All pleadings and papers filed or lodged with the Court in this action as of the date of this Order, other than those identified in Paragraph 1 above, shall remain under seal and shall not be served on the defendant or be otherwise made public.

4. All pleadings and papers filed or lodged with the Court in this action after the date of this Order shall not be sealed unless otherwise ordered by the Court.

5. The parties shall serve all pleadings, motions, and other papers hereafter filed or lodged in this action on the Government. The Court's Clerk shall serve the Government with all Court orders filed in this action. Delivery shall be to the undersigned counsel for the Government.

6. Pursuant to 31 U.S.C. § 3730(c)(3), the Government may intervene in this action at a later time upon a showing of good

cause.  Should any of the parties propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before the Court rules or grants its approval.

DATED: 10.3.14

_____
UNITED STATES DISTRICT JUDGE

Respectfully presented by:

_____
DAVID M. HARRIS
Assistant United States Attorney

Attorneys for the
United States of America

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On October 3, 2014, I served *NOTICE OF ELECTION BY THE UNITED STATES OF AMERICA TO DECLINE INTERVENTION* and the concurrently filed *[PROPOSED] ORDER RE ELECTION OF USA TO DECLINE INTERVENTION AND UNSEALING OF COMPLAINT* on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: October 3, 2014. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

VICTOR BARTHOLETTI, Esq.
Law Offices of Victor M. Bartholetti
15260 Ventura Blvd. STE 1400
Sherman Oaks CA 91403

1      I declare under penalty of perjury under the laws of the
2  United States of America that the foregoing is true and correct.
3      I declare that I am employed in the office of a member of
4  the bar of this court at whose direction the service was made.
5      Executed on October 3, 2014 at Los Angeles, California.

                                        _____
                                        ZENAIDA A. ROSACIA