JS−6

**UNITED STATE DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARK T. KAWA, | Case No. CV13-05489-BRO (PLAx) |
| Plaintiffs, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| MEDNAX, INC., a Florida corporation; MEDNAX SERVICES, INC., a Florida corporation; PEDIATRIX MEDICAL GROUP, INC, a Florida corporation; AMERICAN ANESTHESIOLOGY, INC., a Florida corporation; PEDIATRIX MEDICAL GROUP OF CALIFORNIA, A.P.C., a California professional corporation; PEDIATRIX CARDIOLOGY OF ORANGE COUNTY, P.C., a California professional corporation; PEDIATRIX CARDIOLOGY OF SACRAMENTO, P.C., a California professional corporation; OBSTETRIX MEDICAL GROUP OF CALIFORNIA, A.P.C., a California professional corporation; OBSTETRIX MEDICAL GROUP OF SACRAMENTO, P.C., a California professional corporation; and OBSTETRIX MEDICAL GROUP OF THE CENTRAL COAST, P.C., a California professional corporation, OBSTETRIX MEDICAL GROUP OF ARIZONA, P.C., an Arizona professional corporation; OBSTETRIX MEDICAL GROUP OF PHOENIX, P.C., an Arizona professional corporation; PEDIATRIX MEDICAL GROUP OF COLORADO, | |

1

P.C., a Colorado professional corporation; OBSTETRIX MEDICAL GROUP OF COLORADO, P.C., a Colorado professional corporation; PEDIATRIX MEDICAL GROUP OF GEORGIA, P.C., a Georgia professional corporation; PEDIATRIX MEDICAL GROUP OF TENNESSEE, P.C., a Tennessee professional corporation; OBSTETRIX MEDICAL GROUP OF ATLANTA, LLC., a Georgia limited liability company; NORTHSIDE WOMEN'S SPECIALISTS, INC., a Georgia corporation; AMERICAN ANESTHESIOLOGY ASSOCIATES OF GEORGIA, LLC a Georgia limited liability company; AMERICAN ANESTHESIOLOGY OF VIRGINIA, P.C., a Maryland professional corporation; PEDIATRIX MARYLAND, PA., a Maryland professional association,. PEDIATRIX MEDICAL GROUP OF THE MID-ATLANTIC, P.C., a Maryland professional corporation doing business as MARYLAND PERINATAL ASSOCIATES; NEONATOLOGY ASSOCIATES, P.C., a Maryland professional corporation: AMERICAN ANESTHESIOLOGY OF MICHIGAN, P.C., a Michigan professional corporation; PEDIATRIX MEDICAL GROUP OF MICHIGAN, P.C., a Michigan professional corporation; PEDIATRIX MEDICAL GROUP, P.A., a New Jersey professional association; AMERICAN ANESTHESIOLOGY ASSOCIATES, P.A., a New Jersey professional association; BURLINGTON ANESTHESIA ASSOCIATES, P.A., a New Jersey professional association; PEDIATRIX MEDICAL GROUP OF NORTH CAROLINA, P.C., a North Carolina professional corporation; OBSTETRIX MEDICAL GROUP OF COASTAL CAROLINA, PLLC a North Carolina professional limited liability company; AMERICAN ANESTHESIOLOGY OF NORTH CAROLINA, PLLC, a North Carolina professional limited liability company; AMERICAN ANESTHESIOLOGY OF THE SOUTHEAST, PLLC, a North Carolina professional limited liability company SOUTHEAST ANESTHESIOLOGY CONSULTANTS, PLLC, a North Carolina professional limited liability company; PEDIATRIX MEDICAL SERVICES, INC.

2

a Texas not-for-profit corporation;
AMERICAN ANESTHESIOLOGY OF
TEXAS, INC. a Texas not-for-profit
corporation; PEDIATRIX MEDICAL
GROUP OF WASHINGTON, INC., P.S., a
Washington professional co oration;
PEDIATRIX CARDIOLOGY OF
WASHINGTON, P.C., a Washington
professional corporation; OBSTCRIX
MEDICAL GROUP OF WASHINGTON,
INC., P.S., a Washington professional
corporation; and DOES 1-10 inclusive,

Defendants.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and plaintiff-relator Mark T. Kawa's Request for Order of Voluntary Dismissal without Prejudice and Government Consent to Dismissal Without Prejudice, this action is hereby dismissed without prejudice to plaintiff-relator Mark T. Kawa and without prejudice to the United States.

**IT IS SO ORDERED.**

Dated:  December 30, 2014

_____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

Respectfully submitted:

Victor Bartholetti, Esq.
State Bar No. 138480
LAW OFFICES OF VICTOR M. BARTHOLETTI
15260 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Telephone: (818) 817-9535
Facsimile:  (818) 917-9533
Email:  VMB@VBARTH.COM


Dennis B. Kass, Esq.
MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile:  (213) 624-6999
Email:  dbk@manningllp.com

Attorneys for Plaintiffs, UNITED STATES OF AMERICA,
ex rel. MARK T. KAWAS

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE